THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ALFRED GIALLARENZI, Appellant.

(Argued October 23, 1934; decided December 31, 1934.)

R. J. Shanahan and Paul R. Shanahan for appellant.

William C. Martin, District Attorney (William H. Bowers of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.